**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JULIA MARY HEBERT,

  Plaintiff,

                                         CASE NO.: 9:24-cv-80649-RLR

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
GREENSKY, LLC,

  Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, JULIA MARY HEBERT, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 18th day of July, 2024.

| | |
|---|---|
| **/s/ Christopher W. Legg**<br>Christopher W. Legg, Esq.<br>Florida Bar #: 0044460<br>The Consumer Lawyers, PLLC<br>412 E. Madison Street, Ste 916<br>Tampa, Florida 33602<br>Office: (813) 299-8537<br>Facsimile: (844) 951-3933<br>Primary Email:<br>Chris@theconsumerlaywers.com<br>Secondary Email:<br>Lisa@theconsumerlawyers.com<br>*Attorney for Plaintiff* | /s/*Charlotte Long*<br>Charlotte Long, Esq.<br>Florida Bar No. 0112517<br>Charlotte.long@transunion.com<br>Trans Union, LLC<br>555 W. Adams Street<br>Chicago, IL 60661<br>Telephone: 469-578-1464<br>***Counsel for Trans Union, LLC*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 18th day of July, 2025, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                                          **/s/ Christopher W. Legg**
                                                          Christopher W. Legg, Esq.
                                                          Florida Bar #: 0044460
                                                          The Consumer Lawyers, PLLC
                                                          *Attorney for Plaintiff*