**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JULIA MARY HEBERT,

  Plaintiff,

CASE NO.: 9:24-cv-80649-RLR

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
GREENSKY, LLC,

  Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EQUIFAX INFORMATION SERVICES LLC**

COMES NOW Plaintiff, JULIA MARY HEBERT, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 8th day of August, 2024.

| | |
|---|---|
| **/s/ Christopher W. Legg** <br> Christopher W. Legg, Esq. <br> Florida Bar #: 0044460 <br> The Consumer Lawyers, PLLC <br> 501 E. Kennedy Blvd, Ste 610 <br> Tampa, Florida 33602 <br> Office: (813) 299-8537 <br> Facsimile: (844) 951-3933 <br> Primary Email: <br> Chris@theconsumerlaywers.com <br> Secondary Email: <br> Lisa@theconsumerlawyers.com <br> *Attorney for Plaintiff* | /s/*Paige Vacante* <br> Paige Vacante, Bar No. 1019135 <br> pvacante@seyfarth.com <br> SEYFARTH SHAW LLP <br> 233 South Wacker Drive <br> Suite 8000 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br><br> *Counsel for Defendant* <br> *Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 8th day of August, 2025, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                           **/s/ Christopher W. Legg** <br>
                                           Christopher W. Legg, Esq. <br>
                                           Florida Bar #: 0044460 <br>
                                           The Consumer Lawyers, PLLC <br>
                                           *Attorney for Plaintiff*