UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JULIA MARY HEBERT,

  Plaintiff,

v.    CASE NO.: 9:24-cv-80649-RLR

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
GREENSKY, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC

COMES NOW Plaintiff, JULIA MARY HEBERT and Defendant, TRANS UNION LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant TRANS UNION LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of September, 2024.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
501 E Kennedy Blvd, Ste 610
Tampa, Florida 33602
Office: (813) 299-8537
Facsimile: (844) 951-3933
Primary Email:
Chris@theconsumerlaywers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

*/s/Scott S. Gallagher*
Scott S. Gallagher
Florida Bar No. 0371970
sgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
rrivera@sgrlaw.com
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6111
Fax: (904) 598-6211

*Attorneys for Defendant, GreenSky, LLC*

*/s/Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

*/s/Paige Vacante*
Paige Vacante, Bar No. 1019135
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

*/s/Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
**Counsel for Defendant Trans Union, LLC**