**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JULIA MARY HEBERT,

  Plaintiff,

                                CASE NO.: 9:24-cv-80649-RLR

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
GREENSKY, LLC,

  Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

      COMES NOW Plaintiff, JULIA MARY HEBERT, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 27th day of September, 2024.

| | |
|---|---|
| **/s/ Christopher W. Legg** | */s/Maria H. Ruiz* |
| Christopher W. Legg, Esq. | Maria H. Ruiz, |
| Florida Bar #: 0044460 | Florida Bar No. 182923 |
| The Consumer Lawyers, PLLC | KASOWITZ BENSON TORRES LLP |
| 501 E. Kennedy Blvd, Ste 610 | 1441 Brickell Avenue, Suite 1420 |
| Tampa, Florida 33602 | Miami, FL 33131 |
| Office: (813) 299-8537 | Telephone: (786) 587-1044 |
| Facsimile: (844) 951-3933 | Facsimile: (305) 675-2601 |
| Primary Email: | MRuiz@ksaowitz.com |
| Chris@theconsumerlaywers.com | |
| Secondary Email: | ***Attorney for Defendant*** |
| Lisa@theconsumerlawyers.com | ***Experian Information Solutions, Inc.*** |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 27th day of September 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                           **/s/ Christopher W. Legg**
                                           Christopher W. Legg, Esq.
                                           Florida Bar #: 0044460
                                           The Consumer Lawyers, PLLC
                                           *Attorney for Plaintiff*