**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JULIA MARY HEBERT,

  Plaintiff,

                                         CASE NO. 9:24-cv-80649-RLR

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and GREENSKY, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC AND GREENSKY LLC

COMES NOW Plaintiff, JULIA MARY HEBERT and Defendants, EQUIFAX INFORMATION SERVICES AND GREENSKY LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendants EQUIFAX INFORMATION SERVICES AND GREENSKY LLC in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of October, 2024.

| | |
|---|---|
| **/s/ Christopher W. Legg** <br> Christopher W. Legg, Esq. <br> Florida Bar #: 0044460 <br> The Consumer Lawyers, PLLC <br> 501 E. Kennedy Blvd, Ste 610 <br> Tampa, Florida 33602 <br> Office: (813) 299-8537 <br> Facsimile: (844) 951-3933 <br> Primary Email: <br> Chris@theconsumerlaywers.com <br> Secondary Email: <br> Lisa@theconsumerlawyers.com <br> *Attorney for Plaintiff* | */s/Paige Vacante* <br> Paige Vacante, Bar No. 1019135 <br> pvacante@seyfarth.com <br> SEYFARTH SHAW LLP <br> 233 South Wacker Drive <br> Suite 8000 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br><br> *Counsel for Defendant* <br> *Equifax Information Services LLC* |
| */s/Scott S. Gallagher* <br> Scott S. Gallagher <br> Florida Bar No. 0371970 <br> sgallagher@sgrlaw.com <br> Richard D. Rivera <br> Florida Bar No. 108251 <br> rrivera@sgrlaw.com <br> 50 North Laura Street, Suite 2600 <br> Jacksonville, Florida 32202 <br> Tel: (904) 598-6111 <br> Fax: (904) 598-6211 <br><br> *Attorneys for Defendant, GreenSky, LLC* | */s/Charlotte Long* <br> Charlotte Long, Esq. <br> Florida Bar No. 0112517 <br> Charlotte.long@transunion.com <br> Trans Union, LLC <br> 555 W. Adams Street <br> Chicago, IL 60661 <br> Telephone: 469-578-1464 <br> ***Counsel for Defendant Trans Union, LLC*** |
| */s/Maria H. Ruiz* <br> Maria H. Ruiz <br> Florida Bar No. 182923 <br> KASOWITZ BENSON TORRES LLP <br> 1441 Brickell Avenue, Suite 1420 <br> Miami, FL 33131 <br> Telephone: (786) 587-1044 <br> Facsimile: (305) 675-2601 <br><br> *Attorney for Defendant* <br> *Experian Information Solutions, Inc.* | |