UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80649-RLR

JULIA MARY HEBERT,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and
GREENSKY, LLC,

    Defendants.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Joint Stipulations of Dismissal with Prejudice at docket entries 31, 33, and 34. In light of the fact that this case has been dismissed against all Defendants, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of November, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record